# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY WAYNE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-01000-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 12) |

On February 11, 2022, a stipulation was filed requesting to extend the time for Plaintiff to file an opening brief by a period of thirty (30) days.  (ECF No. 12.)  Counsel submits this first requested extension in this case is due to the extraordinary workload from a backlog of cases.

Accordingly, pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that the deadline to file Plaintiff's opening brief is extended by thirty (30) days.

IT IS SO ORDERED.

Dated:   **February 11, 2022**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE